**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM BROWN, | ) | |
| | ) | Case No. 24-CV-8885 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THOMAS DART, in his individual and | ) | |
| official capacity as the COOK COUNTY | ) | Judge Matthew F. Kennelly |
| SHERIFF, and THE COUNTY OF | ) | |
| COOK, ILLINOIS, a municipal corporation, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT PURSUANT TO THE COURT'S**
**MAY 10, 2026 ORDER (ECF 79)**

The parties provide this Joint Status report to the Court pursuant to the Court's May 10, 2026 Order (ECF 79) in anticipation of the May 22, 2026 (9:05 am) telephonic status hearing before the Hon. Matthew F. Kennelly, stating as follows:

On May 10, 2026, this Court granted Defendant Dart's Motion for Partial Summary Judgment (ECF 50), simultaneously directing the Parties to submit this stats report regarding "what further steps are necessary to bring the case to a conclusion." *Id.* Plaintiff's Complaint alleged a *Monell* claim against Defendant Dart (Count I), which the Court has already granted (ECF 50). Count II was a claim for indemnification, which was derivative claim rendered moot by the entry of summary judgment on Count I. The Parties have met and conferred and hereby report that all that remains to bring this case to conclusion is for the entry of final judgment based on the Court's May 10, 2026 Memorandum and Order, as there are no other remaining claims.

Dated: May 14, 2026

Respectfully submitted,

**Plaintiff WILLIAM BROWN**

/s/ *Devlin Joseph Schoop*
Counsel for Plaintiff
Devlin Joseph Schoop
Laduzinsky & Schoop, P.C.
1327 W. Washington
Boulevard, Suite 5G-H
Chicago, IL 60607
(312) 424-0700
dschoop@laduzinsky.com

**Defendant COOK COUNTY SHERIFF THOMAS DART**

/s/ Tyler Roland
Counsel for Defendant
Tyler Roland
Jessica Lewis
Reifers Holmes & Peters,
LLC 1 N. LaSalle St.,
Suite 3800
Chicago, Illinois 60602
(312) 268-2090
troland@rhpfirm.com
jlewis@rhpfirm.com